

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WEEKS TRACTOR | CIVIL ACTION NO. 09-2104 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| ARCTIC CAT, INC., et al. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion to dismiss (DOC. #5) is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 27th day of April, 2010.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**